# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY K. PRIMROSE,** | : |
|     **Plaintiff** | : |
| | :   **No. 1:11-cv-00835** |
| **v.** | : |
| | :   **(Judge Kane)** |
| **TRENT MELLOTT and TOWNSHIP OF UPPER ALLEN,** | : |
| | : |
|     **Defendants** | : |

## ORDER

**AND NOW**, on this 18th day of June 2014, **IT IS HEREBY ORDERED THAT** Plaintiff's objections to the bill of costs (Doc. No. 77) are **OVERRULED** and the cost of $2,061.25 taxed by the Clerk of Court (Doc. No. 75) is **AFFIRMED**.

                                                    s/ Yvette Kane
                                                  Yvette Kane, District Judge
                                                  United States District Court
                                                  Middle District of Pennsylvania